UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 04-40823 |
|---|---|
| REX ALLEN NULL | (Chapter 13) |
| Debtor | JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3995687**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 7/ 6 | CAPITAL ONE BANK<br>BOX 85167<br>RICHMOND, VA  23285 | 80.19 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 1/26/2010

Certificate of Service     04-40823

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| REX ALLEN NULL<br>1100 SNIDER ROAD<br>MASON, OH  45040 | HAROLD W WAMPLER I I I<br>1343 WOODMAN DR<br>STE B<br>DAYTON, OH  45432 | (18.1n)<br>B FIRST LLC<br>MAIL STOP 550<br>2101 FOURTH AVENUE SUITE 1030<br>SEATTLE, WA  98121 |
| (6.1)<br>CAPITAL ONE BANK<br>BOX 85167<br>RICHMOND, VA  23285 | (19.1n)<br>HILARY B. BONIAL<br>9441 LBJ FREEWAY<br>SUITE 350<br>DALLAS, TX  75243 | (20.1n)<br>STEVEN H PATTERSON<br>BOX 5480<br>CINCINNATI, OH  45201 |

Jeffrey M. Kellner BY     ___/s/ Jeffrey M. Kellner_____     cs